IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| GINGER SNOW and SUSAN CAMPBELL, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No.: 5:17-CV-00208-MTT |
| CIRRUS EDUCATION GROUP, INC. d/b/a CIRRUS CHARTER ACADEMY, | ) ) ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

COME NOW Ginger Snow and Susan Campbell, Plaintiffs in the above styled action, and Cirrus Education Group, Inc., Defendant in the above styled action, and hereby submit this Stipulation of Dismissal of All Claims Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties respectfully show as follows:

Plaintiffs, with the Defendant's stipulation, hereby request this Court to enter an Order dismissing this matter <u>without prejudice</u>. The Parties agree that each Party shall be responsible for its own attorney's fees and costs of this litigation.

Respectfully submitted this 12th day of April 2018.

/s/ Charles E. Hoffecker
CHARLES E. HOFFECKER
Georgia Bar No. 359615
/s/ William Brent Ney
WILLIAM BRENT NEY
Georgia Bar No. 542519
Attorneys for Plaintiffs

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
404-885-7576 (Charles E. Hoffecker)
404-842-7232 (William Brent Ney)
470-225-6646 (Fax)
chad@nhphlaw.com
william@nhphlaw.com

Stipulated to by:

/s/ David A. Cole
David A. Cole, Esq.
Georgia Bar No. 142383
Attorney for Defendant

Freeman Mathis & Gary, LLP
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339
770-818-000
dcole@fmglaw.com